IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS BADO, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>DOWN UNDER, INC. d/b/a BRAVO BRAVO, INC. d/b/a BRAVO BRAVO, *et al.*<br><br>Defendants. | Civil Action No. 1:23-cv-00652-JEB |

### ORDER APPROVING FLSA SETTLEMENT AGREEMENTS

UPON CONSIDERATION of the parties' Joint Motion to Approve Fair Labor Standards Act ("FLSA") Settlement Agreements (the "Joint Motion"), and finding that good cause exists and particularly that the terms and conditions of all five (5) settlement agreements referenced therein and attached thereto constitute fair, reasonable, and adequate resolutions of each plaintiff's FLSA claims for unpaid minimum wages, liquidated damages, and reasonable attorneys' fees and costs, it is this ___19th___ day of ___Dec.___, 2023, by the United States District Court for the District of Columbia, so

ORDERED: that the Joint Motion shall be and hereby is GRANTED, and it is further

ORDERED: that the Settlement Agreements attached to and described in the Joint Motion, regarding Plaintiffs Douglas Bado, Kaila Whittington, Josmary Velazquez, Christian Rojas, and Nadia Ralda shall be and hereby are APPROVED.

_____
The Honorable Judge James E. Boasberg
United States District Court for the District of Columbia