IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS BADO, on** **behalf of himself and all other similarly situated persons,** **Plaintiffs,** **v.** **DOWN UNDER, INC. d/b/a BRAVO BRAVO, INC. d/b/a BRAVO BRAVO,** *et al.* **Defendants.** | Civil Action No. 1:23-cv-00652-JEB |

## STIPULATION OF DISMISSAL

Named Plaintiff Douglas Bado, and Opt-In Plaintiffs Kaila Whittington, Josmary Velazquez, Nadia Ralda, and Christian Rojas, and Defendants Down Under, Inc. d/b/a Bravo Bravo, Inc., Edgar Uriona Veizaga, and Tatiana Cruz, hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully Submitted,

**GOODLEY McCARTHY LLC**

/s/ Ryan P. McCarthy
Ryan McCarthy (ID PA 00094)
James E. Goodley (ID PA00069)
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com
*Attorneys for Plaintiffs*

**LERCH, EARLY & BREWER, CHTD.**

/s/ S. Hayes Edwards Jr.
James R. Hammerschmidt (No. 19156)
S. Hayes Edwards Jr. (No. 1015302)
7600 Wisconsin Ave., Suite 700
Bethesda, MD 20814
Telephone: (301) 841-0191
jrhammerschmidt@lerchearly.com
hedwards@lerchearly.com
*Attorneys for Defendants*

2